No. 84–709.  BUXBOM *v.* NAEGELE OUTDOOR ADVERTISING COMPANY OF CALIFORNIA, INC.  C. A. 9th Cir.  Certiorari denied.

No. 84–712.  AYERS ET AL. *v.* SPARTAN GRAIN & MILL CO. C. A. 11th Cir.  Certiorari denied.

No. 84–725.  SNAPPER POWER EQUIPMENT DIVISION OF FUQUA INDUSTRIES, INC. *v.* WOOD.  C. A. 10th Cir.  Certiorari denied.

No. 84–727.  KOONCE *v.* INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 84–728.  ALDOUS *v.* ALDOUS.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 84–734.  SMITH *v.* HARMSEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 84–740.  MOORE *v.* REYNOLDS METALS COMPANY RETIREMENT PROGRAM FOR SALARIED EMPLOYEES.  C. A. 6th Cir. Certiorari denied.

No. 84–742.  CRANE ET AL. *v.* EDWARD HINES LUMBER CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 84–745.  DeMAISE *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–752.  BEARD *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA.  C. A. 11th Cir.  Certiorari denied.

No. 84–775.  BUTTERWORTH, SHERIFF, ET AL. *v.* SANDSTROM. C. A. 11th Cir.  Certiorari denied.

No. 84–784.  TRACEY *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 84–785.  FERLITO *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.